ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 12 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

SCOTT HAMILTON,           )
   Plaintiff,             )
                          )   No. 3:07-MC-0038-B
v.                        )   ECF
                          )
LVNV FUNDING, LLC.,       )
   Defendant.             )

### ORDER

After making an independent review of the pleadings, files and records in this case, and the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation is correct, and it is adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of the United States Magistrate Judge is adopted.

SIGNED this 12th day of June, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

